UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| ALMA M. GONZALEZ, SHERMAN D. SPRADLEY and AHMED A. DUALE, individually and on behalf of others similarly situated, | ) ) ) ) ) | |
| | ) | Case No. 0:14-cv-04192-HB |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| TURKEY VALLEY FARMS, LLC, and LIFE-SCIENCE INNOVATIONS, LLC, | ) ) ) | |
| Defendants. | ) ) | |

## JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, CERTIFICATION OF FLSA AND RULE 23 CLASSES FOR SETTLEMENT PURPOSES ONLY, AND APPROVAL OF PROPOSED NOTICE OF SETTLEMENT

Subject to Court approval, Plaintiffs Alma M. Gonzalez, Sherman D. Spradley, and Ahmed A. Duale ("Plaintiffs") and Defendants Turkey Valley Farms, LLC and Life-Science Innovations, LLC ("Defendants") (collectively "the Parties") have settled Plaintiffs' claims against Defendants. The proposed settlement resolves the claims of Plaintiffs and provides an opportunity for similarly situated persons to join the case and participate in the settlement. For the reasons set forth in the Memorandum in Support of the Parties' Joint Motion, filed contemporaneously herewith, the parties jointly request that the Court: (1) preliminarily approve the parties' Settlement Agreement and Release; (2) conditionally certify a proposed Fair Labor Standards Act collective action under 29

U.S.C. § 216(b) for settlement purposes only; (3) provisionally certify a proposed state law class pursuant to Fed. R. Civ. P. 23 for settlement purposes only; (4) approve the parties' proposed Notice of Settlement for distribution to the potential class members; and (5) schedule a final fairness hearing on a date after the notice and claim period has expired, and at least 100 days after the entry of the order of preliminary approval.

Respectfully and jointly submitted this 9th day of September, 2015.

**ATTORNEYS FOR PLAINTIFFS:**

*/s/Lewis A. Remele, Jr.*_____
Lewis A. Remele, Jr. ( #90724)
lremele@bassford.com
Janine M. Loetscher (#389055)
jloetscher@bassford.com
Aram V. Desteian (#396021)
adesteian@bassford.com

BASSFORD REMELE,
A PROFESSIONAL ASSOCIATION
33 South Sixth Street, Suite 3800
Minneapolis, MN 55402-3707
Tel: 612-333-3000
Fax: 612-333-8829

*/s/Daniel J. Sheran*_____
Daniel J. Sheran (#0100183)
danielsheran@sheranlaw.com
Thomas R. Sheran (#0100231)
thomassheran@sheranlaw.com

SHERAN LAW OFFICE P.A.
222 South Ninth Street, Suite 1600
Minneapolis, MN 55402
Tel:  612-337-9001
Fax:  612-338-0359

**ATTORNEYS FOR DEFENDANTS:**

*/s/D. Christopher Lauderdale*_____
D. Christopher Lauderdale (SC Bar #64221) (admitted *pro hac vice*)
lauderdc@jacksonlewis.com
T. Chase Samples (SC Bar #77601)
chase.samples@jacksonlewis.com
JACKSON LEWIS P.C.
15 South Main Street, Suite 700
Greenville, SC 29601
Tel:  864-232-7000
Fax:  864-235-1381

*/s/David J. Duddleston*_____
David J. Duddleston (#139804)
duddlestond@jacksonlewis.com
JACKSON LEWIS P.C.
225 South Sixth Street, Suite 3850
Minneapolis, MN 55402
Tel: 612-341-8131
Fax: 612-341-0609

*/s/L. Dale Owens*_____
L. Dale Owens (GA Bar #557482)
owensd@jacksonlewis.com
JACKSON LEWIS P.C.
1155 Peachtree Street NE, Suite 1000
Atlanta, GA 30309
Tel:  404-525-8200
Fax:  404-525-1173

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on September 9, 2015, he caused a true and correct copy of the foregoing **JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, CERTIFICATION OF FLSA AND RULE 23 CLASSES FOR SETTLEMENT PURPOSES ONLY, AND APPROVAL OF PROPOSED NOTICE OF SETTLEMENT** to be filed with the Court by electronic filing protocols, and that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system.

By: */s/D. Christopher Lauderdale*